# EXHIBIT C

# PARKVIEW CARE & REHABILITATION CENTER, INC.

## LIQUIDATION ANALYSIS AS OF APRIL 30, 2010

|  | Amount |
|---|---|
| **Add Assets Convertible to Cash:** | |
| Cash and Cash Equivalents | $ 531,615 |
| Net Realizable Accounts Receivable | 2,472,233 |
| Inventories (50% of book value) | 25,135 |
| Prepaid Expenses (50% of book value) | 66,450 |
| Equipment (net book value of equipment) | 68,552 |
| Rental Security Deposit | 110,500 |
| | |
| **Total Assets Convertible to Cash** | 3,274,485 |
| | |
| **Less Liabilities Settled in Cash:** | |
| Accounts Payable | (365,417) |
| Accrued Payroll, Sick, Vacation, and Taxes | (481,582) |
| Other Payables and Miscellaneous Accruals | (197,796) |
| Prior Years Workmens Compensation | (1,488,339) |
| Estimated Payments to Professionals (services through 12/31/09) | (809,458) |
| | |
| **Total Liabilities Settled in Cash** | (3,342,592) |
| | |
| **Net Cash Available to Secured and Unsecured Creditors** | $ (68,107) |

| Pre-Petition Bankruptcy Liabilities | % of Liabilities | Liability Amount | Allocated Cash | Cash % |
|---|---|---|---|---|
| Accounts Payable (Secured and Unsecured Creditors) | 67.42% | $ 3,388,260 | $ (45,921) | $ (0.01) |
| Health Facility Assessment (Unsecured Creditor) | 32.58% | 1,637,027 | (22,186) | $ (0.01) |
| | | $ 5,025,287 | $ (68,107) | |