**DUANE MORRIS LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
By:   Walter J. Greenhalgh, Esq. (Pro Hac Vice)
      Joseph H. Lemkin, Esq. (JL-2490)
744 Broad Street
Suite 1200
Newark, NJ 07102
973.424.2000
Facsimile 973.424.2001
Attorneys for Parkview Care and Rehabilitation Center, Inc.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

IN RE:

                                        Case No.  08-71867 (DTE)

PARKVIEW CARE AND REHABILITATION
CENTER, INC.,                             Chapter 11

              Debtor.
------------------------------------------------------------------X

**ORDER SCHEDULING A HEARING TO DETERMINE THE ADEQUACY
OF THE DEBTOR'S AMENDED DISCLOSURE STATEMENT, APPROVE THE
DEBTOR'S AMENDED DISCLOSURE STATEMENT AND PROPOSED
SOLICITATION PROCEDURES, AND ESTABLISH CERTAIN DATES AND
PROCEDURES FOR A CONFIRMATION
<u>HEARING ON THE DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION</u>**

The above-captioned debtor, Parkview Care and Rehabilitation Center, Inc. ("Parkview" or the "Debtor") having filed a Amended Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code, along with an accompanying Chapter 11 Plan on June 16, 2010, and the Court having found that a hearing to determine the adequacy of the Amended Disclosure Statement, approve the Amended Disclosure Statement and the Debtor's proposed solicitation procedures, and establish dates and procedures for a confirmation hearing regarding the Debtor's Third Amended Chapter 11 Plan must be scheduled; it is hereby

**ORDERED** that a hearing to determine the adequacy of the Debtor's Amended Disclosure Statement, approve the Amended Disclosure Statement and the Debtor's proposed solicitation procedures, and establish dates and procedures for a confirmation hearing regarding the Debtor's Third Amended Chapter 11 Plan will be conducted by the undersigned Bankruptcy Judge, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722, Courtroom 760, on *July 29, 2010* at *11:00 a.m.*, or as soon thereafter as counsel may be heard (the "Hearing Date"); and it is further

**ORDERED** that objections regarding the approval of the Amended Disclosure Statement may be filed by parties in interest so as to be received by the Court and counsel to the Debtor no later than *July 23, 2010 by 3:30 p.m.*; and it is *further*

*ORDERED that notice by service of this Order shall be deemed adequate and sufficient if served by regular mail upon: (i) the Office of the United States Trustee; (ii) the Creditors' Committee; (iii) all parties who have filed notices of appearance; (iv) all those who filed claims or are listed in Debtor's Chapter 11 Schedules as holding claims, which claims have not been expunged by a prior order of the Court which has become final; and (v) Debtor's Interest Holders, on or before June 21, 2010; and it is further*

*ORDERED that affidavit of proof of such service shall be filed on or before June 23, 2010; and it is further*

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order

Dated: *June 17, 2010*
      Central Islip, New York

                                      *s/ Dorothy Eisenberg*
                                      DOROTHY EISENBERG
                                      UNITED STATES BANKRUPTCY JUDGE