**DUANE MORRIS LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
By:    Walter J. Greenhalgh, Esq. (Pro Hac Vice)
       Joseph H. Lemkin, Esq. (JL-2490)
744 Broad Street
Suite 1200
Newark, NJ 07102
973.424.2000
Facsimile 973.424.2001
Attorneys for Parkview Care and Rehabilitation Center, Inc.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | Case No. 08-71867 (DTE) |
| PARKVIEW CARE AND REHABILITATION CENTER, INC., | Chapter 11 |
| Debtor. | |

-------------------------------------------------------------------X

**DEBTOR IN POSSESSION WITHDRAWAL OF SECOND AMENDED**
**PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**
<u>**RELATING TO THE SECOND AMENDED PLAN**</u>

      The above-captioned debtor, Parkview Care and Rehabilitation Center, Inc. ("Parkview" or the "Debtor") having filed a Second Amended Plan of Reorganization on January 19, 2010, and a Disclosure Statement on January 21, 2010, and having subsequently filed a Third Amended Plan of Reorganization and a Disclosure Statement relating thereto on June 16, 2010, and having determined that the Debtor would not proceed with the Second Amended Plan of Reorganization, does hereby, by and through its attorneys, withdraw the Second Amended Plan of Reorganization and the Disclosure Statement relating thereto.

                                             Respectfully submitted,

                                             **DUANE MORRIS LLP**
                                             A Delaware Limited Liability Partnership
                                             *Attorneys for Parkview Care and*
                                             *Rehabilitation Center, Inc.*
                                             By:   <u>/s/ Walter J. Greenhalgh</u>
                                                   Walter J. Greenhalgh, Esq.
                                                   Joseph H. Lemkin, Esq.
                                             744 Broad Street, Suite 1200
                                             Newark, New Jersey 07102

Dated: June 22, 2010